UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE | CHAPTER 11 |
| JORGE MIGUEL PRIETO | CASE NO. 1-20-40402-cec |
| DEBTOR | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel for Wells Fargo Bank, N.A., a creditor and a party in interest, pertaining to property located at 103-04 34th Avenue, Corona a/k/a Flushing, NY 11368, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: February 4, 2020

Respectfully Submitted,

*/s/Barbara Dunleavy*
Barbara Dunleavy
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Wells Fargo Bank, N.A.
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

15-042646 BK02

SHAPIRO, DICARO & BARAK, LLC
Attorneys for Wells Fargo Bank, N.A.
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Barbara Dunleavy**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE

JORGE MIGUEL PRIETO

CHAPTER 11

CASE NO. 1-20-40402-cec

DEBTOR

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF SUFFOLK    )

I, Jordan Rebolini, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Suffolk County, New York.

On __FEB 05__, 2020 I served the within Notice of Appearance upon:

TO:
Jorge Miguel Prieto
10308 34th Avenue
Floor 3
Corona, NY 11368

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

15-042646 - BK02

And upon the following individuals:

> Attorney for Debtor
> Norma E. Ortiz
> Ortiz & Ortiz LLP
>
> U.S. Trustee - Brooklyn

electronically through CM/ECF.

Date 02/05/2020

_____
Jordan Rebolini
Legal Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for Wells Fargo Bank, N.A.
One Huntington Quadrangle, Suite 3N05
Melville, NY  11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

Sworn to before me this
5th day of February, 2020

_____
Notary Public

```
DEBORAH CALLAHAN
Notary Public, State of New York
Registration No. 01-CA6278202
Qualified in Suffolk County
Commission Expires 3/18/2021
```
15-042646 - BK02