| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Presentment Date: March 20, 2020 |
| EASTERN DISTRICT OF NEW YORK | Time: 4:00 p.m. |

---------------------------------------------------------X

In re

JORGE MIGUEL PRIETO,  Case No. 20-40402-cec

                       Debtor.  Chapter 11

---------------------------------------------------------X

## NOTICE OF SETTLEMENT OF ORDER

      PLEASE TAKE NOTICE that Jorge Miguel Prieto shall present the annexed proposed order for signature on March 20, 2020, at 4:00 p.m. The proposed order will be presented to the Honorable Carla E. Craig, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201.

      PLEASE TAKE FURTHER NOTICE that if you wish to object to the entry of the proposed order, you must state your objection in writing, state the reasons for your objection, file the original objection electronically or in paper form with the Clerk of the Bankruptcy Court, with a copy for Judge Craig's Chambers, no later than March 20, 2020, at 4:00 p.m. The objection must be accompanied by Proof of Service. A copy of the objection must also be provided to the undersigned in a manner calculated to be received no later than March 20, 2020, at 4:00 p.m. If an objection is filed, and the court schedules a hearing on the objection, you will be notified of the hearing date.

Dated: March 10, 2020  
Astoria, New York

                                                                     _____  
                                                                     Norma E. Ortiz, Esq.  
                                                                      ORTIZ & ORTIZ, L.L.P.  
                                                                      32-72 Steinway St.  
                                                                      Suite 402  
                                                                      Astoria, New York 11103  
                                                                      Tel. (718) 522-1117  
                                                                      Fax (718) 596-1302

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

JORGE MIGUEL PRIETO,                                  Case No. 20-40402-cec

                      Debtor.                                  Chapter 11
---------------------------------------------------------X

ORDER GRANTING DEBTOR'S MOTION TO CONTINUE THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (c)

Upon the motion (the "Motion") of the debtor Jorge Miguel Prieto (the "Debtor") for an order, pursuant to 11 U.S.C. § 362(c)(3)(B), continuing the automatic stay; and upon the record of the hearing held on February 19, 2020 at which Debtor appeared by counsel; no objections having been interposed; and good cause appearing therefor; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the automatic stay, imposed by operation of 11 U.S.C. § 362 (a), is hereby extended as to all creditors, pursuant to § 362(c)(3)(B), until the Debtor's case is dismissed or closed by the court as of February 19, 2020.

Dated: Brooklyn, New York
        March      , 2020

                                                                     _____
                                                                     HON. CARLA E. CRAIG
                                                                     U.S. BANKRUPTCY JUDGE