UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

JORGE MIGUEL PRIETO,　　　　　　　　　　　　　Case No. 20-40402-cec

　　　　　　　　Debtor.　　　　　　　　　　　　　　Chapter 11
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

The undersigned, being duly sworn, states as follows:

1. I am over eighteen years of age and am not a party to this action.

2. On July 21, 2020, I served by regular mail a copy of the Notice of Settlement Order and proposed Order Granting Debtor's Motion to Continue the Automatic Stay.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: July 21, 2020
　　　　Queens, NY

　　　　　　　　　　　　　　　　　　　　　　　　/s/Jacob Correa
　　　　　　　　　　　　　　　　　　　　　　　　Jacob Correa
　　　　　　　　　　　　　　　　　　　　　　　　Paralegal
　　　　　　　　　　　　　　　　　　　　　　　　Ortiz & Ortiz, LLP
　　　　　　　　　　　　　　　　　　　　　　　　32-72 Steinway St, Ste. 402
　　　　　　　　　　　　　　　　　　　　　　　　Astoria, NY 11103

## Mailing Matrix
Jorge Miguel Prieto
Chapter 11 Case No. 20-40402

Wells Fargo Bank, N.A.
Default Document Processing
MAC # N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Enhanced Recovery
Attn: Bankruptcy
P.O. Box 57547
Jacksonville, FL 32256

U.S Bank National Association
4801 Frederica Street
Owensboro, KY 42301

Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelphia, PA 19101-7346

Shapiro, DiCaro & Barak LLC
Attorneys for Wells Fargo Bank, N.A.
175 Mile Crossing Blvd
Rochester, NY 14624

NYS Dept of Tax and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300