UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**In re** Prieto, Jorge M.

**Debtor**

**Case No.** 20-40402

**Reporting Period:** Jun-20

**Social Security #** 2735

(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

*/s/ Jorge M. Prieto*                                    Date    8/17/2020

Signature of Joint Debtor                               Date

In re Prieto, Jorge M.                                    Case No. 20-40402
_____                    _____
        **Debtor**                          **Reporting Period:**                    Jun-20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 25,972.79 | |
| **RECEIPTS** | | |
| Wages (Net)-Rental Income | 9,300.00 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | 600.00 | |
| Social Security and Pension Income | 850.00 | |
| Sale of Assets | | |
| Other Income *(attach schedule)*  Misc Reimb. | 150.21 | |
| **Total Receipts** | 10,900.21 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 8,600.00 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 143.49 | |
| Insurance | 380.00 | |
| Auto Expense | . | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 77.26 | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 2,532.53 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | 11,733.28 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements**  *(Ordinary  +  Reorganization)* | 11733.28 | |
| **Net Cash Flow**  *(Total Receipts  -  Total Disbursements)* | -833.07 | |
| **Cash - End of Month**   *(Must equal reconciled bank statement)* | 25,139.72 | |

In re Prieto, Jorge M.                              Case No. 20-40402
         **Debtor**                                 **Reporting Period:**        Jun-20

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Paypal - MS Bargain Hu, Ebay | 11.94 | |
| Target | 83.72 | |
| Allstate | 54.55 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re Prieto, Jorge M.          Case No. 20-40402

      **Debtor**            **Reporting Period:**      Jun-20

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| BANK BALANCE | 25,139.72 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | | | |
| OTHER  *(ATTACH EXPLANATION)* | 0 | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | 25,139.72 | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re Prieto, Jorge M.                                    Case No. 20-40402
        Debtor                              Reporting Period:         Jun-20

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|

**In re** Prieto, Jorge M.

**Debtor**

Case No. 20-40402

**Reporting Period:** Jun-20

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re Prieto, Jorge M.

**Debtor**

Case No. 20-40402

Reporting Period: Jun-20

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re Prieto, Jorge M.

**Debtor**

**Case No.** 20-40402

**Reporting Period:** Jun-20

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | X |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re Prieto, Jorge M.                              Case No. 20-40402
         **Debtor**                          **Reporting Period:**          Jun-20

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Life Insurance | Trans America | Monthly | $10.45 monthly |
| Car Insurance | All State | Monthly | $297.00 monthly |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Prieto, Jorge M.                                                Case No. 20-40402
        **Debtor**                                         **Reporting Period:**    Jun-20

## DEBTOR QUESTIONNAIRE

| | **Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | **No** |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | **No** |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | **No** |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | **No** |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | **No** |
| 6 | Are any post petition State or Federal income taxes past due? | | **No** |
| 7 | Are any post petition real estate taxes past due? | | **No** |
| 8 | Are any other post petition taxes past due? | | **No** |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | **No** |
| 10 | Are any amounts owed to post petition creditors delinquent? | | **No** |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | **No** |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | **No** |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | **No** |


**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

AV 01  228716 07405B618 A**5DGT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Jun 01 2020-Jun 30 2020 |
| Cust Ref #: | |
| Primary Account #: | 6294 |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

JORGE M PRIETO
DIP CASE 20-40402 EDNY

Account #    6294

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,972.79 | Average Collected Balance | 28,743.71 |
| Electronic Deposits | 10,900.21 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 11,733.28 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 25,139.72 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 060220 ATM CHECK DEPOSI<br>94 15 NORTHERN AVENUE    JACKSON HEIGH * NY | 1,500.00 |
| 06/02 | ATM CASH DEPOSIT, *****04024514386<br>AUT 060220 ATM CASH DEPOSIT<br>70 05 NORTHERN BOULEVARD   JACKSON HEIGH * NY | 1,210.00 |
| 06/02 | ATM CASH DEPOSIT, *****04024514386<br>AUT 060220 ATM CASH DEPOSIT<br>150 38 NORTHERN BOULEVAR   QUEENS          * NY | 1,100.00 |
| 06/02 | ATM CASH DEPOSIT, *****04024514386<br>AUT 060220 ATM CASH DEPOSIT<br>150 38 NORTHERN BOULEVAR   QUEENS          * NY | 1,000.00 |
| 06/02 | ATM CASH DEPOSIT, *****04024514386<br>AUT 060220 ATM CASH DEPOSIT<br>70 05 NORTHERN BOULEVARD   JACKSON HEIGH * NY | 990.00 |
| 06/02 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 060220 ATM CHECK DEPOSI<br>94 15 NORTHERN AVENUE    JACKSON HEIGH * NY | 900.00 |
| 06/04 | DEBIT CARD CREDIT, *****04024514386, AUT 060420 VISA DDA REF<br>PAYPAL MSBARGAINHU EBA   4029357733   * CA | 9.98 |
| 06/05 | ATM CASH DEPOSIT, *****04024514386<br>AUT 060520 ATM CASH DEPOSIT<br>150 38 NORTHERN BOULEVAR   QUEENS          * NY | 2,400.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jun 01 2020-Jun 30 2020 |
| Cust Ref #: | # |
| Primary Account #: | 5294 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | ACH DEPOSIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET CREDIT    150FLUSHING NY | 59.98 |
| 06/08 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 060820 ATM CHECK DEPOSI<br>94 15 NORTHERN BOULEVARD   JACKSON HEIGH * NY | 1,650.00 |
| 06/15 | ACH DEPOSIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET CREDIT    150FLUSHING NY | 23.74 |
| 06/15 | DEBIT CARD CREDIT, *****04024514386, AUT 061320 VISA DDA REF<br>ALLSTATE    PAYMENT    800 255 7828 * IL | 54.55 |
| 06/23 | DEBIT CARD CREDIT, *****04024514386, AUT 052320 VISA DDA REF<br>PAYPAL EBAYINCSHIP    4029357733   * CA | 1.96 |
| | Subtotal: | 10,900.21 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | ELECTRONIC PMT-TEL, SELECT PORTFOLIO SPS ****544333 | 600.00 |
| 06/01 | DEBIT POS, *****04024514386, AUT 060120 DDA PURCHASE<br>FOOD BAZA 3420 JUNCTIO    JACKSON HTS * NY | 189.15 |
| 06/01 | DEBIT POS, *****04024514386, AUT 053120 DDA PURCHASE<br>TARGET T 13505 20TH A    COLLEGE POINT * NY | 58.77 |
| 06/02 | DEBIT POS, *****04024514386, AUT 060220 DDA PURCHASE<br>TARGET T 13505 20TH A    COLLEGE POINT * NY | 200.10 |
| 06/03 | DEBIT CARD PURCHASE, *****04024514386, AUT 060220 VISA DDA PUR<br>PAYPAL HULU    402 935 7733 * CA | 1.99 |
| 06/05 | DEBIT CARD PURCHASE, *****04024514386, AUT 060420 VISA DDA PUR<br>PAYPAL EBAYINCSHIP    402 935 7733 * CA | 8.39 |
| 06/05 | DEBIT CARD PURCHASE, *****04024514386, AUT 060420 VISA DDA PUR<br>PAYPAL EBAYINCSHIP    402 935 7733 * CA | 5.27 |
| 06/08 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET    150FLUSHING NY | 238.14 |
| 06/08 | DEBIT POS, *****04024514386, AUT 060620 DDA PURCHASE<br>WAL MART SUPER CENTER    VALLEY STREAM * NY | 106.93 |
| 06/08 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET    150FLUSHING NY | 83.57 |
| 06/09 | DEBIT CARD PURCHASE, *****04024514386, AUT 060920 VISA DDA PUR<br>VICTORIASSECRET COM    800 888 1500 * OH | 82.63 |
| 06/10 | DEBIT CARD PURCHASE, *****04024514386, AUT 061020 VISA DDA PUR<br>VICTORIASSECRET COM    800 888 1500 * OH | 35.88 |
| 06/11 | DEBIT CARD PURCHASE, *****04024514386, AUT 060920 VISA DDA PUR<br>BOOST MOBILE    888 266 7848 * KS | 100.00 |
| 06/12 | ELECTRONIC PMT-TEL, US BANK HOME MTG LOAN PMT ****001060 | 4,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12 | ELECTRONIC PMT-TEL, SELECT PORTFOLIO SPS ****544333 | 600.00 |
| 06/12 | DEBIT POS, *****04024514386, AUT 061220 DDA PURCHASE<br>US SUPERMARKET     ELMHURST    * NY | 91.11 |
| 06/12 | DEBIT POS, *****04024514386, AUT 061220 DDA PURCHASE<br>THE HOME DEPOT 1277     FLUSHING     * NY | 12.00 |
| 06/15 | ACH DEBIT, WF HOME MTG AUTO PAY ****722603 | 4,000.00 |
| 06/15 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 71.22 |
| 06/15 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 56.45 |
| 06/15 | DEBIT POS, *****04024514386, AUT 061520 DDA PURCHASE<br>CITY FRESH MARKE 3909 10   CORONA    * NY | 36.40 |
| 06/22 | DEBIT POS, *****04024514386, AUT 062120 DDA PURCHASE<br>FOOD BAZA 3420 JUNCTIO    JACKSON HTS  * NY | 104.34 |
| 06/22 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 83.09 |
| 06/22 | DEBIT POS, *****04024514386, AUT 062220 DDA PURCHASE<br>THE HOME DEPOT 1214     FLUSHING    * NY | 81.57 |
| 06/22 | DEBIT POS, *****04024514386, AUT 061920 DDA PURCHASE<br>WAL MART SUPER CENTER    VALLEY STREAM * NY | 73.18 |
| 06/22 | DEBIT CARD PURCHASE, *****04024514386, AUT 062020 VISA DDA PUR<br>PAYPAL SMARTSHOPON EBA    402 935 7733 * CA | 10.83 |
| 06/23 | DEBIT CARD PURCHASE, *****04024514386, AUT 062220 VISA DDA PUR<br>ALLSTATE   PAYMENT    800 255 7828 * IL | 380.00 |
| 06/23 | DEBIT POS, *****04024514386, AUT 062320 DDA PURCHASE<br>THE HOME DEPOT 1214     FLUSHING    * NY | 65.26 |
| 06/23 | DEBIT CARD PURCHASE, *****04024514386, AUT 062220 VISA DDA PUR<br>PAYPAL ILYAINTERNA EBA    402 935 7733 * CA | 54.44 |
| 06/23 | DEBIT CARD PURCHASE, *****04024514386, AUT 062220 VISA DDA PUR<br>AMZN MKTP US MS3X32DX1    AMZN COM BILL * WA | 34.80 |
| 06/23 | DEBIT CARD PAYMENT, *****04024514386, AUT 062220 VISA DDA PUR<br>AMAZON PRIME MS5YQ0Q51    AMZN COM BILL * WA | 1.08 |
| 06/24 | DEBIT CARD PAYMENT, *****04024514386, AUT 062320 VISA DDA PUR<br>SPECTRUM         855 707 7328 * NY | 49.99 |
| 06/24 | DEBIT CARD PURCHASE, *****04024514386, AUT 062320 VISA DDA PUR<br>AMAZON COM MS3210VC2    AMZN COM BILL * WA | 11.81 |
| 06/25 | DEBIT CARD PURCHASE, *****04024514386, AUT 062320 VISA DDA PUR<br>AMZN MKTP US MS4CZ98K0    AMZN COM BILL * WA | 26.13 |
| 06/25 | DEBIT CARD PURCHASE, *****04024514386, AUT 062420 VISA DDA PUR<br>KEY FOOD 1498      CORONA     * NY | 22.22 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Jun 01 2020-Jun 30 2020 |
| Cust Ref #: | |
| Primary Account #: | 6294 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 8.38 |
| 06/29 | DEBIT POS, *****04024514386, AUT 062920 DDA PURCHASE<br>FOOD BAZA 3420 JUNCTIO    JACKSON HTS  * NY | 120.43 |
| 06/29 | DEBIT POS, *****04024514386, AUT 062720 DDA PURCHASE<br>CAR WASH        WOODSIDE      * NY | 20.66 |
| 06/30 | DEBIT CARD PAYMENT, *****04024514386, AUT 062920 VISA DDA PUR<br>AMAZON PRIME MS2GE7IG0    AMZN COM BILL * WA | 7.07 |
| | Subtotal: | 11,733.28 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 25,972.79 | 06/11 | 35,081.93 |
| 06/01 | 25,124.87 | 06/12 | 30,378.82 |
| 06/02 | 31,624.77 | 06/15 | 26,293.04 |
| 06/03 | 31,622.78 | 06/22 | 25,940.03 |
| 06/04 | 31,632.76 | 06/23 | 25,406.41 |
| 06/05 | 34,019.10 | 06/24 | 25,344.61 |
| 06/08 | 35,300.44 | 06/25 | 25,287.88 |
| 06/09 | 35,217.81 | 06/29 | 25,146.79 |
| 06/10 | 35,181.93 | 06/30 | 25,139.72 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender