UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Prieto, Jorge M.                                          Case No.  20-40402
          **Debtor**                                      Reporting Period:        Jun-20

                                                          Social Security #            2735
                                                              (last 4 digits only)

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the**
**month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the*
*end of the month  as are the reports for Southern District of New York.)*

                                                                                        Prieto, Jorge M.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury ( 28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

_Signature of Debtor /s/ Jorge Miguel Prieto_                    Date        9/21/2020

_Signature of Joint Debtor_                                      Date

In re **Prieto, Jorge M.**                                    Case No. **20-40402**
**Debtor**                                    Reporting Period:                    **Jul-20**

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 25,139.72 | |
| **RECEIPTS** | | |
| Wages (Net)-Rental Income | 9,350.00 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | 600.00 | |
| Social Security and Pension Income | 850.00 | |
| Sale of Assets | | |
| Other Income *(attach schedule)*  Misc Reimb. | 38.71 | |
| **Total Receipts** | 10,838.71 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 8,600.00 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities - Electric, Gas | 685.56 | |
| Water | 2,325.23 | |
| Insurance | 294.77 | |
| Auto Expense | 25.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 153.80 | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 1,111.88 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | 13,196.24 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650.00 | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | 650.00 | |
| **Total Disbursements**  *(Ordinary  +  Reorganization)* | 13846.24 | |
| **Net Cash Flow**  *(Total Receipts  -  Total Disbursements)* | -3007.53 | |

In re Prieto, Jorge M.                                              Case No. 20-40402
_____          _____
            Debtor                              Reporting Period:              Jul-20

| | | |
|---|---|---|
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 22,132.19 | |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Paypal - Ebay | 38.71 | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re Prieto, Jorge M.                          Case No. 20-40402
       Debtor                          Reporting Period:          Jul-20

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account   The debtor's bank reconciliation may be substituted for this page

(Bank account numbers may be redacted to last four numbers )

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| BANK BALANCE | 22,132 19 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | | | |
| OTHER  *(ATTACH EXPLANATION)* | 0 | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | 22,132 19 | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck  # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re Prieto, Jorge M.
      **Debtor**

Case No. 20-40402

Reporting Period:         Jul-20

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|                                   |  |

In re Prieto, Jorge M.                                    Case No. 20-40402
      **Debtor**                                    **Reporting Period:**          Jul-20

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only  Pre-petition liabilities must be classified separately from
post-petition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re Prieto, Jorge M.           Case No. 20-40402
     **Debtor**           **Reporting Period:**          Jul-20

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re Prieto, Jorge M.                          Case No. 20-40402
    **Debtor**                          Reporting Period:     Jul-20

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | X | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____
_____

In re Prieto, Jorge M.
      **Debtor**

Case No. 20-40402
Reporting Period:      Jul-20

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Prieto, Jorge M.                                   Case No. 20-40402
     Debtor                                   Reporting Period:    Jul-20

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | No |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | No |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | No |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | No |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | No |
| 6 | Are any post petition State or Federal income taxes past due? | | No |
| 7 | Are any post petition real estate taxes past due? | | No |
| 8 | Are any other post petition taxes past due? | | No |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | No |
| 10 | Are any amounts owed to post petition creditors delinquent? | | No |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | No |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | No |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | No |

# TD Bank

**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

AV 01 231914 33143B706 A**5DGT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | 4 |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

JORGE M PRIETO
DIP CASE 20-40402 EDNY

Account # 6294

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,139.72 | Average Collected Balance | 25,398.61 |
| Electronic Deposits | 10,838.71 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 2,325.23 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 11,521.01 | Days in Period | 31 |
| Ending Balance | 22,132.19 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 070220 ATM CHECK DEPOSI<br>150 38 NORTHERN BOULEVAR   QUEENS      * NY | 1,500.00 |
| 07/02 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 070220 ATM CHECK DEPOSI<br>150 38 NORTHERN BOULEVAR   QUEENS      * NY | 900.00 |
| 07/02 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 070220 ATM CHECK DEPOSI<br>150 38 NORTHERN BOULEVAR   QUEENS      * NY | 50.00 |
| 07/06 | ATM CASH DEPOSIT, *****04024514386<br>AUT 070620 ATM CASH DEPOSIT<br>94 15 NORTHERN AVENUE   JACKSON HEIGH * NY | 2,400.00 |
| 07/06 | ATM CASH DEPOSIT, *****04024514386<br>AUT 070620 ATM CASH DEPOSIT<br>94 15 NORTHERN AVENUE   JACKSON HEIGH * NY | 2,200.00 |
| 07/06 | ATM CASH DEPOSIT, *****04024514386<br>AUT 070520 ATM CASH DEPOSIT<br>94 15 NORTHERN AVENUE   JACKSON HEIGH * NY | 1,360.00 |

Bank Deposits FDIC Insured I TD Bank, N.A. I Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1 Your ending balance shown on this statement is:

2 List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3 Subtotal by adding lines 1 and 2.

4 List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| **1** Ending Balance | | 22,132.19 |
| **2** Total Deposits | + | |
| **3** Sub Total | | |
| **4** Total Withdrawals | - | |
| **5** Adjusted Balance | | |

| **2** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **2** |

| **4** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **4** |



**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | 6294 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | ATM CASH DEPOSIT, *****04024514386<br>AUT 070520 ATM CASH DEPOSIT<br>94 15 NORTHERN AVENUE    JACKSON HEIGH * NY | 740.00 |
| 07/07 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 070720 ATM CHECK DEPOSI<br>94 15 NORTHERN BOULEVARD    JACKSON HEIGH * NY | 1,650.00 |
| 07/23 | DEBIT CARD CREDIT, *****04024514386, AUT 072320 VISA DDA REF<br>PAYPAL EBAY US      4029357733  * CA | 38.71 |
| | Subtotal: | 10,838.71 |

### Checks Paid

No. Checks: 2       *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/06 | 112 | 685.71 |
| 07/06 | 114* | 1,639.52 |
| | Subtotal: | 2,325.23 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DEBIT POS, *****04024514386, AUT 070120 DDA PURCHASE<br>TOMMY HILFIGER      RIVERHEAD    * NY | 109.20 |
| 07/01 | DEBIT CARD PURCHASE, *****04024514386, AUT 062920 VISA DDA PUR<br>PAYPAL VSOROKA1989 EBA    402 935 7733 * CA | 108.06 |
| 07/01 | DEBIT POS, *****04024514386, AUT 070120 DDA PURCHASE<br>NAUTICA RETAIL U TANGER    RIVERHEAD    * NY | 62.72 |
| 07/01 | DEBIT CARD PURCHASE, *****04024514386, AUT 062920 VISA DDA PUR<br>TACO BELL 334500334599    CORONA    * NY | 24.52 |
| 07/02 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>FSI CONED BILL PAYMENT    866 405 1924 * NY | 219.00 |
| 07/02 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>FSI CONED BILL PAYMENT    866 405 1924 * NY | 144.00 |
| 07/02 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>NIKE RIVERHEAD 003    RIVERHEAD    * NY | 48.53 |
| 07/03 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>NATIONAL GRID      718 643 4050 * NY | 3.39 |
| 07/03 | DEBIT CARD PURCHASE, *****04024514386, AUT 070220 VISA DDA PUR<br>PAYPAL HULU      402 935 7733 * CA | 1.99 |
| 07/06 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET      150FLUSHING NY | 35.92 |
| 07/08 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET      150FLUSHING NY | 22.77 |
| 07/10 | ELECTRONIC PMT-WEB, US BANK HOME MTG MTGPYMENT ****001060 | 4,000.00 |
| 07/10 | ELECTRONIC PMT-TEL, SELECT PORTFOLIO SPS ****544333 | 600.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | # |
| Primary Account #: | 294 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | ACH DEBIT, WF HOME MTG AUTO PAY ****722603 | 4,000.00 |
| 07/13 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 134.92 |
| 07/13 | DEBIT CARD PURCHASE, *****04024514386, AUT 071020 VISA DDA PUR<br>BOOST MOBILE        866 402 7366 * CO | 100.00 |
| 07/16 | DEBIT POS, *****04024514386, AUT 071620 DDA PURCHASE<br>FOOD BAZA 3420 JUNCTIO    JACKSON HTS * NY | 147.18 |
| 07/16 | DEBIT CARD PURCHASE, *****04024514386, AUT 071220 VISA DDA PUR<br>AMZN MKTP US MJ9268902    AMZN COM BILL * WA | 31.39 |
| 07/17 | DEBIT CARD PURCHASE, *****04024514386, AUT 071520 VISA DDA PUR<br>PAYPAL EBAY INC        402 935 7733 * CA | 9.92 |
| 07/20 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 58.16 |
| 07/23 | ACH DEBIT, ALLSTATE INS CO INS PYMT ****00903896330 | 294.77 |
| 07/23 | DEBIT CARD PURCHASE, *****04024514386, AUT 072220 VISA DDA PUR<br>PAYPAL EBAY US        402 935 7733 * CA | 38.71 |
| 07/23 | DEBIT CARD PAYMENT, *****04024514386, AUT 072220 VISA DDA PUR<br>E Z PASSNY REBILL        800 333 8655 * NY | 25.00 |
| 07/24 | DEBIT CARD PURCHASE, *****04024514386, AUT 072320 VISA DDA PUR<br>FSI CONED BILL PAYMENT    866 405 1924 * NY | 156.20 |
| 07/24 | DEBIT CARD PURCHASE, *****04024514386, AUT 072320 VISA DDA PUR<br>FSI CONED BILL PAYMENT    866 405 1924 * NY | 99.00 |
| 07/24 | DEBIT CARD PURCHASE, *****04024514386, AUT 072320 VISA DDA PUR<br>JOHNSTONE SUPPLY WOODSI    718 5454896 * NY | 52.65 |
| 07/24 | DEBIT CARD PURCHASE, *****04024514386, AUT 072320 VISA DDA PUR<br>SPECTRUM        855 707 7328 * NY | 49.99 |
| 07/27 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 58.73 |
| 07/28 | INTL DEBIT CARD PUR, *****04024514386, AUT 072620 INTL DDA PUR<br>PAYPAL WANGAIPING EBA    4029357733  H KG | 30.49 |
| 07/29 | DEBIT POS, *****04024514386, AUT 072920 DDA PURCHASE<br>THE HOME DEPOT 1214    FLUSHING  * NY | 40.23 |
| 07/30 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 650.00 |
| 07/30 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET        150FLUSHING NY | 31.61 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

JORGE M PRIETO
DIP CASE 20-40402 EDNY

Page:                        3 of 5
Statement Period:   Jul 01 2020-Jul 31 2020
Cust Ref #:              
Primary Account #:                      6294

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | ATM CASH DEPOSIT, *****04024514386<br>AUT 070520 ATM CASH DEPOSIT<br>94 15 NORTHERN AVENUE     JACKSON HEIGH * NY | 740.00 |
| 07/07 | ATM CHECK DEPOSIT, *****04024514386<br>AUT 070720 ATM CHECK DEPOSI<br>94 15 NORTHERN BOULEVARD    RIVERHEAD   * NY | 1,650.00 |
| 07/23 | DEBIT CARD CREDIT, *****04024514386, AUT 072320 VISA DDA REF<br>PAYPAL  EBAY US          4029357733   * CA | 38.71 |
| | Subtotal: | 10,838.71 |

| Checks Paid | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments |
|---|---|---|
| DATE | SERIAL NO. | AMOUNT |
| 07/06 | 112 | 685.71 |
| 07/06 | 114* | 1,639.52 |
| | Subtotal: | 2,325.23 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DEBIT POS, *****04024514386, AUT 070120 DDA PURCHASE<br>TOMMY HILFIGER        RIVERHEAD   * NY | 109.20 |
| 07/01 | DEBIT CARD PURCHASE, *****04024514386, AUT 062920 VISA DDA PUR<br>PAYPAL  VSOROKA1989 EBA   402 935 7733 * CA | 108.06 |
| 07/01 | DEBIT POS, *****04024514386, AUT 070120 DDA PURCHASE<br>NAUTICA RETAIL U TANGER   RIVERHEAD   * NY | 62.72 |
| 07/01 | DEBIT CARD PURCHASE, *****04024514386, AUT 062920 VISA DDA PUR<br>TACO BELL 334500334599    CORONA    * NY | 24.52 |
| 07/02 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>FSI CONED BILL PAYMENT   866 405 1924 * NY | 219.00 |
| 07/02 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>FSI CONED BILL PAYMENT   866 405 1924 * NY | 144.00 |
| 07/02 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>NIKE RIVERHEAD 003     RIVERHEAD   * NY | 48.53 |
| 07/03 | DEBIT CARD PURCHASE, *****04024514386, AUT 070120 VISA DDA PUR<br>NATIONAL GRID        718 643 4050 * NY | 3.39 |
| 07/03 | DEBIT CARD PURCHASE, *****04024514386, AUT 070220 VISA DDA PUR<br>PAYPAL  HULU          402 935 7733 * CA | 1.99 |
| 07/06 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET          150FLUSHING NY | 35.92 |
| 07/08 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****33659111150<br>TARGET          150FLUSHING NY | 22.77 |
| 07/10 | ELECTRONIC PMT-WEB, US BANK HOME MTG MTGPYMENT ****001060 | 4,000.00 |
| 07/10 | ELECTRONIC PMT-TEL, SELECT PORTFOLIO SPS ****544333 | 600.00 |

## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE M PRIETO
DIP CASE 20-40402 EDNY

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | # |
| Primary Account #: | 6294 |



---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | DEBIT CARD PAYMENT, *****04024514386, AUT 072920 VISA DDA PUR<br>AMAZON PRIME MV7PP77S2    AMZN COM BILL * WA | 7.07 |
| 07/31 | DEBIT CARD PURCHASE, *****04024514386, AUT 072920 VISA DDA PUR<br>NATIONAL GRID      718 643 4050 * NY | 63.97 |
| 07/31 | DEBIT POS, *****04024514386, AUT 073120 DDA PURCHASE<br>THE HOME DEPOT 1214    FLUSHING    * NY | 60.92 |

|  | Subtotal: | 11,521.01 |
|---|---|---|

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 25,139.72 | 07/17 | 23,810.98 |
| 07/01 | 24,835.22 | 07/20 | 23,752.82 |
| 07/02 | 26,873.69 | 07/23 | 23,433.05 |
| 07/03 | 26,868.31 | 07/24 | 23,075.21 |
| 07/06 | 31,207.16 | 07/27 | 23,016.48 |
| 07/07 | 32,857.16 | 07/28 | 22,985.99 |
| 07/08 | 32,834.39 | 07/29 | 22,945.76 |
| 07/10 | 28,234.39 | 07/30 | 22,257.08 |
| 07/13 | 23,999.47 | 07/31 | 22,132.19 |
| 07/16 | 23,820.90 | | |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured / TD Bank, N.A. | Equal Housing Lender